JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TAYAN JACKSON, | Case No. 5:24-02528 MRA (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| ISRAEL JACQUEZ, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed.

DATED: December 11, 2024

_____
THE HONORABLE MONICA RAMIREZ ALMADANI
United States District Judge